UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 14-80302-CIV-RSR

MICHAEL BOGGS, and all others
similarly situated under 29 U.S.C. §216 (B)

    Plaintiff,

Vs.

DJM INTERNATIONAL
ENTERPRISES, LLC, DANA
KARKLIN,

    Defendants.
_____/

## STATEMENT OF CLAIM

Period Claimed:  117 Weeks 2/28/11-5/31/13
Halftime rate owed:  $5.70
Overtime hours per week: 17
Damages including liquidated damages:  $11,337.30 X 2 = $22,674.60

Period Claimed: 37 weeks 6/1/13-2/17/14
Halftime rate owed: $5.70
Overtime hours per week: 12.25
Damages including liquidated damages: $2,583.52 X 2 = $5,167.05
Total Damages:  $27,841.65

Respectfully submitted,

    David Markel, Esq.
    The Markel Law Firm
    Attorney for Plaintiff
    3191 Grand Avenue #1513
    Miami, Florida 33133
    Tel: (305) 458-1282
    Fax: 1-(800) 407-1718
    Email: David.Markel@markel-law.com

    By:__/s/ David Markel_____

David Markel, Esq.<br>
Florida Bar Number: 78306

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was filed and served via CM/ECF on this 9th day of April, 2014:

Dee Anna D. Hays, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: 813-221-7239
Fax: 813-289-6530
deeanna.hays@ogletreedeakins.com

By:/s/David Markel<br>
David Markel, Esq.<br>
Florida Bar No. 78306